# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE F. MCCLURE, | Case No. 1:13-cv-01960-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR RECORDS SUBPOENA AND |
| v. | APPOINTMENT OF INVESTIGATOR |
| A. VILLEGAS, et al., | (Doc. 10) |
| Defendants. | |

Plaintiff Lawrence F. McClure, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 2, 2013. On June 16, 2014, Plaintiff filed a motion seeking the issuance of a records subpoena and the appointment of an investigator. Plaintiff's motion is denied for the reasons that follow.

Plaintiff's request for the issuance of a subpoena duces tecum is premature, as the discovery phase of this litigation is not yet open. Fed. R. Civ. P. 16(b), 26(a)(1)(B)(iv), 45; Local Rule 240(c)(8); Doc. 3, 1st Info. Order, § V(A).

With respect to an investigator, the expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989) (quotation marks and citation omitted). While Plaintiff is entitled to have the United States Marshal serve process for him, there is no provision for the appointment of an investigator to assist Plaintiff and the Marshal's Office may not act in that capacity on the behalf of Plaintiff. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3); *Tedder*, 890 F.2d at 211-12.

Accordingly, Plaintiff's motion for a records subpoena and the appointment of an investigator is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  **June 21, 2014**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE